**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1466

CAROLYN R. STURGILL,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, District Judge. (CA-96-127-B)

Submitted: September 30, 1998     Decided: October 14, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carolyn R. Sturgill, Appellant Pro Se.  David Marcellus Frazier, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn R. Sturgill appeals the district court's order affirming the Commissioner's denial of supplemental security income benefits. We have reviewed the record and the district court's opinion and find that substantial evidence supports the Commissioner's decision. Accordingly, we affirm on the reasoning of the district court. <u>Sturgill v. Apfel, Comm'r of Soc. Sec.</u>, No. CA-96-127-B (W.D. Va. Feb. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>